SCWC-10-0000070

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHARLES ANTHONY STANLEY, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000070; S.P.P. NO. 10-1-0034; CR. NO. 04-1-0049)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Petitioner-Appellant's application for writ of

certiorari filed on July 25, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 18, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Charles Anthony Stanley,
petitioner/petitioner-
appellant, pro se, on the
application

_____

[1]Considered by: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ.,
and Circuit Judge Chang, in place of Recktenwald, C.J., recused.